UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MARLENE JOHANSEN**

**Plaintiff**

**v.**                                         Civil Action No.

**UNITED STATES OF AMERICA**          04 11789 RCL

**Defendant**

## APPEARANCE

To the Clerk of the above referenced Court please enter my appearance for the Plaintiff in the above titled action.

*/s/ Timothy J. Burke*
Timothy J. Burke
Burke & Associates
400 Washington Street
Braintree, MA  02184
(781) 380-0770
BBO# 543837

Dated: August 16, 2004