UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MARLENE JOHANSEN**

**Plaintiff**

**v.**                                            Civil Action No. 04-11789-RCL

**UNITED STATES OF AMERICA**

**Defendant**

### PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE

The Plaintiff, Marlene Johansen, moves this honorable Court to continue the scheduling conference scheduled for December 1, 2004 until January of 2005.

As reasons therefore Ms. Johansen states as follows:

1. That Ms. Johansen's counsel has been scheduled to attend a meeting in New York, New York on November 30, 2004 and on December 1, 2004.

2. That counsel for the Defendant has been informed of the scheduling conflict and has assented to counsel's request for a continuance.

For these reasons, Ms. Johansen prays this honorable Court to:

   a. Continue the scheduling conference until January, 2005.

   b. Any and all other remedies that this honorable court deems appropriate.

        Marlene Johansen
        by her attorney

        /s/ Timothy Burke
        Timothy J. Burke
        400 Washington Street
        Braintree, MA 02184
        (781) 380—0770
        BBO# 543837

Assented to:        The United States

        /s/ Stephen Turanchik
        Stephen Turanchik
        Trial Attorney
        Department of Justice
        P.O. Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 307-6019

**Plaintiff's Certificate of Compliance with Local Rule 7.1.**

    Plaintiff's counsel hereby certifies that his office telephoned counsel for the Defendant, Stephen Turanchik, on Monday, November 22, 2004. Counsel assented to the Plaintiff's motion.

## Certificate of Service

    I hereby certify that a true copy of the above document was served upon each attorney of record, via first class mail on November 22, 2004.

        /s/Timothy Burke
        Timothy Burke