## Commonwealth of Massachusetts
### The Trial Court
### Probate and Family Court Department

__MIDDLESEX__ Division

Docket No. __98D-4536-DV1__

Complaint for  ☒ Civil  ☐ Criminal  Contempt

**FILE**

__MARLENE JOHANSEN__, Plaintiff

v.

__RALPH JOHANSON__, Defendant

1) Plaintiff, who resides at __71 Pleasant Street, Stoneham, Middlesex County, MA 02180__, __was__ the spouse of defendant who now resides at __113 Saint Botolph Street, Boston, Suffolk County, MA 02115__.

2) By __Judgment__ of the Court dated __December 24, 2001__ defendant was ordered:
   ☐ to pay _____ in the sum of _____ forthwith and the further sum of _____ weekly thereafter
   ☐ to grant plaintiff visitation rights with _____
   ☐ not to impose any restraint on the personal liberty of plaintiff
   ☐ to pay health insurance premiums for plaintiff and/or minor child(ren)
   ☐ to pay reasonable medical and dental expenses
   ☒ __To bear sole responsibility for all the payment of taxes, interest and penalties assessed by the IRS and DOR for the tax years 1995-1998 (Federal) and 1993-1998 (State) and to indemnify Plaintiff for any liability arising out of these tax years. The Defendant was also ordered to secure a life insurance policy naming the Plaintiff as a beneficiary.__
   and said Judgment is still in force.

3) Defendant has not obeyed that Judgment and:
   ☐ is in arrears of Court-ordered support payments
   ☐ there now remains due and unpaid to plaintiff the sum of _____ $0.00 _____ plus such further amounts as may accrue until the date of hearing
   ☐ Plaintiff has been denied visitation rights on _____
   ☒ has violated the Judgment _____ Continually
   by __Failing to resolve/pay the tax liability for said year. In addition, the Defendant has failed to indemnify and defend plaintiff from claims asserted against her by the IRS and DOR. In addition, the Defendant has failed to secure the required life insurance policy naming the Plaintiff as beneficiary.__

4) Wherefore, plaintiff requests that defendant be required to appear before this Honorable Court to show cause why said defendant should not be adjudged in contempt of Court and for such other relief as said Court may deem just.

Date: __August 26, 2004__      Name: _[signature]_

MARLENE JOHANSEN
PRINT NAME

Address: __71 Pleasant Street__

__Stoneham, MA 02180__

Tel. No. __None__

CJ-D 103 (8/96)

PSC (800) 51-TURBO—c.g.f.