UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARLENE JOHANSEN

Plaintiff

v.                                    Civil Action No. 04-11789-RCL

UNITED STATES OF AMERICA

Defendant

### PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO RULE 16.1 OF THE RULES OF THE UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

The Plaintiff's counsel submits this certification in accord with Rule 16.1(D)(3). Ms. Johansen and counsel have conferred on the costs of the subject litigation and recognize that due to the unique nature of her claim that the establishment of a budget for the costs of conducting the full course-and the various alternative courses-of the litigation is impossible.

Further, this matter raises novel questions of law and therefore alternative dispute resolution programs will not provide the relief requested.

Dated:
12-10-04

Marlene Johansen

```
                                        Marlene Johansen
                                        by her Attorney


                                        _____
                                        Timothy J. Burke
                                        BBO# 543837
                                        400 Washington Street
Dated: 12/10/04                         Braintree, MA   02184
                                        (781) 380-0770
```

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on 12/10/04.

_____
Timothy Burke