# United States District Court
# District of Massachusetts

MARLENE JOHNSON,

    V.                    CIVIL ACTION NO. 04-11789-RCL

UNITED STATES OF AMERICA,

    V.

NATIONAL CITY MORTGAGE CO.,
TIMOTHY BURKE.

## PROCEDURAL ORDER

COLLINGS, U.S.M.J.

    Counsel for Ralph Johansen is ORDERED to file and serve, **on or before the close of business on Monday, January 10, 2005,** a reply memorandum of law responding to the arguments made by the United States in its Opposition to Ralph Johansen's Petition in Intervention (#19).

                              */s/ Robert B. Collings*
                              ROBERT B. COLLINGS
                              United States Magistrate Judge

Date:  December 23, 2004.