UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-11789-RCL

MARLENE JOHANSEN,
Plaintiff, Counterclaim Defendant,

v.

UNITED STATES OF AMERICA,
Defendant, Counterclaim Plaintiff,

v.

NATIONAL CITY MORTGAGE CO.,
AND TIMOTHY BURKE
Counterclaim Defendants.

## NOTICE OF APPEARANCE

Please enter our appearance as counsel on behalf of the Counterclaim Defendant, National City Mortgage Co.

         Respectfully submitted,
         **NATIONAL CITY MORTGAGE CO.**
         By its Attorney,

         _/s/_
         Michelle C. Davenport
         BBO #634718
         David M. Rosen
         BBO#552866
         Harmon Law Offices, P.C.
         150 California Street
         Newton, MA 02458
         (617) 558-0500

December 29, 2004

## CERTIFICATE OF SERVICE

I, Michelle C. Davenport, hereby certify that on December 29, 2004, true copies of the Notice of Appearance was served by mailing first class mail, postage pre-paid to:

Timothy J. Burke, Esq.
Burke & Associates
400 Washington Street
Braintree, MA 02184

Stephen J. Turanchick, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

D. Sean McMahon
Law Office of Meilman & Costa, P.C.
70 Wells Avenue
Suite 200
Newton, MA 02459

Michelle C. Davenport