UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-11789-RCL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARLENE JOHANSEN,

    Plaintiff,
    Counterclaim Defendant,

v.

UNITED STATES OF AMERICA,

    Defendant,
    Counterclaim Plaintiff,

v.

NATIONAL CITY MORTGAGE
CO. AND TIMOTHY BURKE,

    Counterclaim Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter my Notice of Appearance on behalf of the counterclaim defendant, National City Mortgage Co., in the above-captioned matter.

*[signature]*

Richard A. Oetheimer, BBO #377655
GOODWIN, PROCTER & HOAR
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: January 7, 2005
LIBA/1443914.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____.

*[signature]*