UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-11789-RCL

MARLENE JOHANSEN,
Plaintiff, Counterclaim Defendant,

v.

UNITED STATES OF AMERICA,
Defendant, Counterclaim Plaintiff,

v.

NATIONAL CITY MORTGAGE CO.,
AND TIMOTHY BURKE
Counterclaim Defendants.

## WITHDRAWAL OF APPEARANCE

You are hereby given notice that Harmon Law Offices, P.C. withdraws its appearance for National City Mortgage Company.

Respectfully submitted,
HARMON LAW OFFICES, P.C.

Michelle C. Davenport
BBO# 634718
David Rosen
BBO# 552866
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

January 10, 2005

## CERTIFICATE OF SERVICE

I, Michelle C. Davenport, hereby certify that on January 10, 2005, true copies of the Notice of Appearance was served by mailing first class mail, postage pre-paid to:

Timothy J. Burke, Esq.
Burke & Associates
400 Washington Street
Braintree, MA 02184

Stephen J. Turanchick, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

D. Sean McMahon
Law Office of Meilman & Costa, P.C.
70 Wells Avenue
Suite 200
Newton, MA 02459

Richard A. Oetheimer
Goodwin, Proctor, LLP
Exchange Place
Boston, MA 02109

National City Mortgage
3232 Newmark Drive
Miamisburg, OH 45342

_____
Michelle C. Davenport