UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**MARLENE JOHANSEN**

**Plaintiff**

**v.**                                    Civil Action No. 04-11789-RCL

**UNITED STATES OF AMERICA**

**Defendant**

---

### NOTICE OF APPEARANCE

    Kindly note the appearance of James Everett, 400 Washington St, Ste. 303, Braintree, MA 02184 as counsel for the Counterclaim Defendant Timothy Burke in the above captioned matter.

                                                /s/ James Everett
                                                James Everett
                                                BBO# 654104
                                                400 Washington Street
                                                Braintree, MA   02184
Dated: January 26, 2005             (781) 380-0770

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail, postage prepaid on January 26, 2005 to the following counsel of record:

    Stephen Turanchik
    Trial Attorney, Tax Division
    Department of Justice
    P.O. Box 55
    Ben Franklin Station
    Washington, D.C.   20044

1

Richard Oetheimer
Godwin Procter, LLP
Exchange Place
Boston, MA 02109

Sean McMahon
Meilman & Costa
70 Wells Avenue
Suite 200
Newton, MA 02459

                                                  /s/ James Everett
                                                   James Everett