# United States District Court
# District of Massachusetts

MARLENB JOHANSEN,
    Plaintiff,

V.                      CIVIL ACTION NO. 2004-11789-RCL

UNITED STATES OF AMERICA,
    Defendant/Counter-Claimant,

V.

TIMOTHY BURKE,
NATIONAL CITY MORTGAGE CO.
    Counter-Defendants.

# **_ORDER_**

COLLINGS, U.S.M.J.

    Pursuant to Judge Lindsay's remarks at the January 5th Scheduling Conference, counsel for each party (including the proposed intervenor, Ralph Johansen) are directed to notify the Court in writing, **on or before the close of business on Friday, February 18, 2005,** whether or not their clients consent to the reassignment of this case to the undersigned United States

Magistrate Judge pursuant to 28 U.S.C. § 636(c).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: February 7, 2005.