

U.S. Department of Justice

Tax Division

*Facsimile No. (202) 514-5238*
*Trial Attorney: Stephen J. Turanchik*
*Attorney's Direct Line: (202) 307-6565*

*Please reply to:* Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

FILED
IN CLERKS OFFICE
2005 FEB 10 P 1: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

5-36-10109   CMN 2004106877

Lisa Hourihan
Courtroom Deputy to
    Hon. Reginald C. Lindsay
U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA 02210


            Re:  Marlene Johansen v. United States
                 Case No. 04-11789-RCL (USDC D. Mass.)

Dear Ms. Hourihan:

   By this letter, the United States, through undersigned counsel, consents to the reassignment of the above-referenced case for all purposes to U.S. Magistrate Judge Robert B. Collings.

   If you have any questions please do not hesitate to contact me at (202) 307-6565.

                                        Sincerely yours,

                                        STEPHEN J. TURANCHIK
                                        Trial Attorney
                            Civil Trial Section, Northern Region


cc:   Maureen T. O'Brien
      IRS Associate Area Counsel
      10 Causeway Street, Room 401
      Boston, MA  02222

      Timothy Burke, Esq.
      400 Washington Street, Suite 303
      Braintree, MA 02184

      D. Sean McMahon
      Meilman & Costa
      70 Wells Avenue, Suite 200
      Newton, MA 02459

- 2 -

Richard Oetheimer
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109