# LAW OFFICE OF MEILMAN & COSTA, P.C.

70 WELLS AVENUE, SUITE 200
NEWTON, MA 02459

STEPHANIE K. MEILMAN
(MASS., WASH. & COLO.)
NELSON J. COSTA
(MASS.)
D. SEAN MCMAHON
(MASS.)

TELEPHONE (617) 969-9500
FACSIMILE (617) 969-0030

FILED
IN CLERK'S OFFICE
2005 FEB 15 P 12: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

February 14, 2005

Ms. Lisa Hourihan
Courtroom Deputy to the
Honorable Reginald C. Lindsay
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Marlene Johansen v. United States, et al
     Docket No. 04-11789-RCL (USDC D. Mass.)

Dear Ms. Hourihan:

In response to the order issued by Magistrate Judge Robert B. Collings dated February 7, 2005, and after consultation with my client, please be advised that Mr. Ralph Johansen, the proposed intervener, does not consent to the reassignment of the above-referenced case to Magistrate Judge Robert B. Collings.

If you have any questions, please do not hesitate to contact at (617) 969-9500.

Very truly yours,

D. Sean McMahon

DSM:jas

Cc:  Stephen J. Turanchik, Esq.
     Timothy J. Burke, Esq.
     Richard Oetheimer, Esq.
     Mary P. Hamilton, Esq.