GOODWIN | PROCTER

Richard A. Oetheimer
617.570.1259
roetheimer@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

SCANNED
DATE: 2-22-05
BY: CMK

FILED
IN CLERKS OFFICE
2005 FEB 17 P 12: 40
U.S. DISTRICT COURT
DISTRICT OF MASS

February 16, 2005

Ms. Lisa Hourihan
Courtrooom Deputy to the
Honorable Reginald C. Lindsay
U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: **Marlene Johansen v. United States, et al.**
**Docket No. 04-11789-RCL (USDC D. Mass.)**

Dear Ms. Hourihan:

In response to the Order issued by Magistrate Judge Robert B. Collings dated February 7, 2005, please be advised that National City Mortgage does not consent to the reassignment of the above-referenced case to Magistrate Judge Robert B. Collings.

If you have any questions, please do not hesitate to contact me at (617) 570-1259.

Very truly yours,

Richard A. Oetheimer

RAO:smw
cc:   Stephen J. Turanchik, Esq.
      Timothy J. Burket, Esq.
      D. Sean McMahon, Esq.
      Mary P. Hamilton, Esq.

LIBA/1457198.1