# BURKE & ASSOCIATES
## ATTORNEYS AT LAW

400 Washington Street, Suite 303, Braintree, MA 02184
Telephone (781) 380-0770   ■   Facsimile (781) 848-0330
www.burkelaw.us

FILED
IN CLERK'S OFFICE

2005 FEB 18  A 11: 1

DISTRICT COURT
DISTRICT OF MASS.

February 17, 2005

Via Overnight Mail
Lisa Hourihan
Courtroom Deputy to the
Honorable Reginald C. Lindsay
US District Court
One Court Way, Suite 2300
Boston, MA  02210

Re:   Marlene Johansen v. The United States
      Civil Action No.  04-11789-RCL

Dear Ms. Hourihan:

   In response to the Order issued by Judge Robert B. Collings dated February 7, 2005, please be advised that Ms. Johansen does not consent to the reassignment of the above referenced matter.

   Similarly, the undersigned does not assent to the reassignment of this matter.

   Thank you for your assistance in this matter.

   If you have any questions, do not hesitate to contact me.

Very truly yours,

Timothy Burke

Enclosures
cc.   Client
      Counsel of Record