UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MARLENE JOHANSEN**

**Plaintiff**

Civil Action No. 04-11789-RCL

**v.**

**UNITED STATES OF AMERICA**

**Defendant**

### NOTICE OF APPEARANCE

    Kindly note the appearance of Melissa Halbig, 400 Washington St, Suite 303, Braintree, Massachusetts 02184 as counsel for the Counterclaim Defendant Timothy Burke in the above captioned matter.

```
                                   /s/ Melissa L. Halbig
                                   Melissa L. Halbig
                                   BBO# 655826
                                   400 Washington Street
                                   Braintree, MA   02184
Dated: May 13, 2005                (781) 380-0770
```

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail, postage prepaid on May 13, 2005 to the following counsel of record:

    Stephen Turanchik
    Trial Attorney, Tax Division
    Department of Justice
    P.O. Box 55
    Ben Franklin Station
    Washington, D.C. 20044

Richard Oetheimer
Godwin Procter, LLP
Exchange Place
Boston, MA 02109

Sean McMahon
Meilman & Costa
70 Wells Avenue
Suite 200
Newton, MA 02459

                                                               /s/ Melissa L. Halbig
                                                               Melissa L. Halbig