## United States District Court

District Of  MASSACHUSETTS

MARLENE JOHANSEN,
        Plaintiff and Counterclaim
Defendant,

V.

UNITED STATES OF AMERICA,
        Defendant and Counterclaim
Plaintiff ,

v.

TIMOTHY BURKE,
NATIONAL CITY MORTGAGE CO.,

        Counterclaim Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-11789-RCL

TO:   TIMOTHY BURKE
400 Washington Street
Braintree, MA 02184

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

COUNTERCLAIM
PLAINTIFF'S ATTORNEY:

        Stephen J. Turanchik
        U.S. Department of Justice, Tax Division
        P.O. Box 55, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6558

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

_____           10-18-04
CLERK                                                    DATE

_____
BY DEPUTY CLERK

AO 440 (REV. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE January 5, 2005 |
| NAME OF SERVER Stephen J. Turanchik | TITLE Trial Attorney, US Dept. of Justice |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: United States Courthouse One Courthouse Way, Boston, Massachusetts

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date January 6, 2005    Signature of Server _[signature]_

Address of Server    U.S. Department of Justice
Tax Division, P.O. Box 55
Ben Franklin Station
Washington, DC 20044

As to who may server a summons see Rule 4 of the Federal Rules of Civil Procedure.