UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE JOHANSEN,<br><br>    Plaintiff,<br>    Counterclaim Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant,<br>    Counterclaim Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO.,<br>and TIMOTHY BURKE,<br><br>    Counterclaim Defendants. | Case No. 04-11789-RCL |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States of America, through undersigned counsel, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, moves for summary judgment. The grounds for this motion are that the federal tax lien against Ralph Johansen attached to his one-half interest in the subject property and that Marlene Johansen received Ralph Johansen's one-half interest subject to the federal tax lien. Therefore, the subject property is encumbered by the federal tax lien, and the United States is entitled to foreclose its lien.

1

1047468.1

A supporting memorandum of law is enclosed.

        MICHAEL J. SULLIVAN
        United States Attorney


        /s/ Stephen J. Turanchik
        _____
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6565
        stephen.j.turanchik@usdoj.gov