

Canadian Consulate General         Consulat Général du Canada

Three Copley Place
Suite 400
Boston, MA  02116

January 16, 1995

To Whom it may concern,

      Mr. Ralph Johansen was employed at this Consulate General from 01 January to 31 December 1994.

      During this period, Mr. Johansen was paid a gross salary of **$63,888.96** and contributed to the following:

| | |
|---|---:|
| - Health: | 1,191.60 |
| - Dental: | 152.64 |
| - Life/AD&D: | 88.68 |
| - LTD: | 82.98 |
| - Pension: | 233.94 |

GOVERNMENT
EXHIBIT
3

Barbara F. Powers,
Program Manager,
Administration



Canadian Consulate General     Consulat Général du Canada

Three Copley Place
Suite 400
Boston, MA  02116

February 5, 1996

To whom it may concern:

Mr. Ralph Johansen was employed at this Consulate General from January 1st to December 31st, 1995.

During this period, Mr. Johansen was paid a gross salary of **US$66,543.99** and contributed to the following:

- *Health:*     $1,219.20
- *Dental:*     $160.56
- *Life/AD&D:*  $94.32
- *LTD:*        $86.22
- *Pension:*    $246.96

Barbara F. Powers
Program Manager
Administration



Canadian Consulate General  Consulat Général du Canada

Three Copley Place
Suite 400
Boston, MA  02116

December 31, 1996

To whom it may concern:

Mr. Ralph Johansen was employed at this Consulate General from January 1 to December 31, 1996.

During this period, Mr. Johansen was paid a gross salary of **US$67,437.11** and contributed to the following:

- *Health:*       *$1,209.36*
- *Dental:*       *$173.10*
- *Life/AD&D:*    *$97.23*
- *LTD:*          *$93.10*
- *Pension:*      *$0.00*

Barbara F. Powers
Program Manager
Administration

Canadian Consulate  Consulat du Canada

Three Copley Place
Suite 400
Boston MA 02116

December 31, 1997

To Whom it May Concern:

    Mr. Ralph Johansen was employed at this Consulate General from January 1 to December 31, 1997.

    During this period, Mr. Johansen was paid a gross salary of **US$80,765.92** and contributed to the following:

*-Health:*    *$1,243.44*
*-Dental:*    *$187.56*
*-Life/AD&D:*  *$112.92*
*-LTD:*    *$76.16*
*-Pension:*  *$0.00*

Barbara F. Powers
Program Manager
Administration

Canadian Consulate  Consulat du Canada

Three Copley Place
Suite 400
Boston MA 02116

December 31, 1998

To Whom it May Concern:

Mr. Ralph Johansen was employed at this Consulate General from January 1 to March 31, 1998.

During this period, Mr. Johansen was paid a gross salary of **US$20,593.95** and contributed to the following:

- Health: $310.86
- Dental: $47.94
- Life/AD&D: $29.70
- LTD: $18.54
- Pension: $0.00

Barbara F. Powers
Program Manager
Administration

CANADIAN EMBASSY / AMBASSADE DU CANADA
501 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20001
2/17/99

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY THAT RALPH JOHANSEN RECEIVED GROSS WAGES OF 61,769.34 U.S. FROM THE CANADIAN EMBASSY, WASHINGTON, D.C. DURING THE CALENDAR YEAR 1998.

RALPH JOHANSEN

EMPLOYEE DEDUCTIONS INCLUDE:
*PENSION PLAN CONTRIBUTION
*U.S. LIFE INSURANCE
*U.S. HEALTH INSURANCE

89
-------
89.