Middlesex Division

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department

Docket NO. 980-4536-DV

MARLENE E. JOHANSEN
PLAINTIFF/PETITIONER

v.

RALPH E. JOHANSEN
Defendant/Respondent

Notice of Appeal

Now comes Marlene E. Johansen, the Plaintiff hereby appeals from the Judgement of Divorce NISI, dated 3/21/01 by Judge Mary Anne Sahagian, Justice Probate + Family Court

GOVERNMENT EXHIBIT 8

FILED  APR 2 7 2001

Marlene E. Johansen
MARLENE E. JOHANSEN

4/27/01