COMMONWEALTH OF MASSACHUSETTS

APPEALS COURT

01-J-294

RALPH JOHANSEN

vs.

MARLENE JOHANSEN.

ORDER

Paragraphs 3-7 of the divorce judgment dated March 21, 2001 are stayed pending determination of the defendant's appeal. Whether the defendant's interest may be reached by the IRS may involve additional issues not determined or determinable by the Probate Court.

So ordered.

By the Court (Dreben, J.),

*[signature]*
Assistant Clerk

Entered: June 7, 2001

CLIENT'S COPY

GOVERNMENT EXHIBIT
9