## UNITED STATES DISTRICT COURT

## DISTRICT OF – MASSACHUSETTS

MARLENE JOHANSEN,
    Plaintiff, Counterclaim Defendant

vs.

UNITED STATES OF AMERICA,
    Defendant, Counterclaim Plaintiff

Case No. 04-117789-RCL

vs.

NATIONAL CITY MORTGAGE CO.,
and TIMOTHY BURKE,
    Counterclaim Defendants.

GOVERNMENT EXHIBIT 10

## AFFIDAVIT OF DEBT

John D. Carroll, being duly sworn, deposes and says:

1. That he is an Advisor in the Collection Technical Services Group, Internal Revenue Service, 380 Westminster Street, Providence, Rhode Island, and has knowledge of the outstanding tax liabilities of Ralph Johansen and is authorized to make this affidavit.

2. That the debtor, Ralph Johansen, is liable for unpaid Federal Income Tax for the tax years 1995, 1996, 1997, 1998, 1999, 2000.

| Tax | Year | Date Assessed | Assessed Balance $ | Accrued Interest and Penalty $ | Balance Due 07/20/2005 $ |
|---|---|---|---|---|---|
| 1040 | 1995 | 05/14/2001 | 32,866.16 | 8,442.38 | 41,308.54 |
| 1040 | 1996 | 06/04/2001 | 29,435.22 | 7,391.20 | 36,826.42 |
| 1040 | 1997 | 05/21/2001 | 36,820.51 | 10,634.34 | 47,454.85 |
| 1040 | 1998 | 04/30/2001 | 51,836.15 | 17,611.94 | 69,448.09 |
| 1040 | 1999 | 04/30/2001 | 19,306.58 | 7,479.59 | 26,786.17 |
| 1040 | 2000 | 05/28/2001 | 14,559.02 | 6,522.38 | 21,081.40 |

3. That the total sum of the above outstanding tax and interest pursuant to U.S.C. Section 6332(d)(2) is $242,905.47.

4. That additional interest will accrue after July 20, 2005, at the rate specified by Internal Revenue Code Sections 6621 and 6622.

*John D. Carroll*
John D. Carroll, Advisor
Technical Services
Badge 05-02132

Subscribed and sworn before me this 19th of July 2005.

*Kristen C. Batty*, Notary Public
My commission expires: 8/19/2005