```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RALPH E JOHANSEN                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1995
                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
  DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT       DATE (23C,
                                          (REVERSAL)     (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  44,928.00

            TAXABLE INCOME
                  34,862.00

            SELF EMPLOYMENT TAX
                  7,876.00

04-03-2001  RETURN FILED & TAX ASSESSED                   15,106.00      05-14-2001
            08221-105-66040-1   200118

            ESTIMATED TAX PENALTY                            610.00      05-14-2001
            200118

            LATE FILING PENALTY                            3,398.85      05-14-2001
            200118

            FAILURE TO PAY TAX                             3,776.50      05-14-2001
            PENALTY
            200118

            INTEREST ASSESSED                              9,974.81      05-14-2001
            200118

10-25-2001  OFFER IN COMPROMISE
            PENDING

02-01-2002  OFFER IN COMPROMISE
            WITHDRAWN

02-12-2002  RECEIVED POA/TIA

07-15-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-10-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)                    PAGE      1
```



GOVERNMENT EXHIBIT 11

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

RALPH E JOHANSEN                                    EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-12-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-23-2002 | FEDERAL TAX LIEN | | | |
| 08-29-2002 | OFFER IN COMPROMISE PENDING | | | |
| 11-22-2002 | FEDERAL TAX LIEN | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-14-2001 | Statutory Notice of Balance Due | | | |
| 06-18-2001 | Notice of Balance Due | | | |
| 02-18-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                          PAGE    2

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

RALPH E JOHANSEN                               EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995
-------------------------------------------------------------------------------


BALANCE         32,866.16

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Susan McMahon]

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 09/09/2004

FORM 4340   (REV. 01-2002)                         PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

RALPH E JOHANSEN                                EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 43,872.00 | | | |
| | TAXABLE INCOME 32,575.00 | | | |
| | SELF EMPLOYMENT TAX 7,927.00 | | | |
| 03-31-2001 | RETURN FILED & TAX ASSESSED 08221-125-53532-1   200121 | | 14,442.00 | 06-04-2001 |
| | ESTIMATED TAX PENALTY 200121 | | 769.00 | 06-04-2001 |
| | LATE FILING PENALTY 200121 | | 3,249.45 | 06-04-2001 |
| | FAILURE TO PAY TAX PENALTY 200121 | | 3,610.50 | 06-04-2001 |
| | INTEREST ASSESSED 200121 | | 7,364.27 | 06-04-2001 |
| 10-25-2001 | OFFER IN COMPROMISE PENDING | | | |
| 02-01-2002 | OFFER IN COMPROMISE WITHDRAWN | | | |
| 02-12-2002 | RECEIVED POA/TIA | | | |
| 07-15-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-10-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                       PAGE    1

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
RALPH E JOHANSEN                            EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                         (REVERSAL)       (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------------
07-12-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

08-23-2002  FEDERAL TAX LIEN

08-29-2002  OFFER IN COMPROMISE
            PENDING

11-22-2002  FEDERAL TAX LIEN

01-30-2004  FEDERAL TAX LIEN

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

06-04-2001  Statutory Notice of Balance Due

07-09-2001  Notice of Balance Due

02-18-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                         PAGE    2
```

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RALPH E JOHANSEN                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996
-------------------------------------------------------------------------------

BALANCE        29,435.22

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Susan McMahon

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 09/09/2004

FORM 4340  (REV. 01-2002)                           PAGE      3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

RALPH E JOHANSEN                                EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 60,577.00 | | | |
| | TAXABLE INCOME 49,181.00 | | | |
| | SELF EMPLOYMENT TAX 9,695.00 | | | |
| 04-03-2001 | RETURN FILED & TAX ASSESSED 08221-105-66147-1   200119 | 20,786.00 | | 05-21-2001 |
| | LATE FILING PENALTY 200119 | 4,676.85 | | 05-21-2001 |
| | FAILURE TO PAY TAX PENALTY 200119 | 3,949.34 | | 05-21-2001 |
| | INTEREST ASSESSED 200119 | 7,408.32 | | 05-21-2001 |
| 10-25-2001 | OFFER IN COMPROMISE PENDING | | | |
| 02-01-2002 | OFFER IN COMPROMISE WITHDRAWN | | | |
| 02-12-2002 | RECEIVED POA/TIA | | | |
| 07-15-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-10-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 07-12-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340   (REV. 01-2002)                    PAGE    1


CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------

RALPH E JOHANSEN                                    EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-23-2002 | FEDERAL TAX LIEN | | | |
| 08-29-2002 | OFFER IN COMPROMISE PENDING | | | |
| 11-22-2002 | FEDERAL TAX LIEN | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-21-2001 | Statutory Notice of Balance Due | | | |
| 06-25-2001 | Notice of Balance Due | | | |
| 02-18-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340   (REV. 01-2002)                    PAGE    2

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

RALPH E JOHANSEN                                   EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
---------------------------------------------------------------------------------


BALANCE          36,820.51

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 09/09/2004

FORM 4340  (REV. 01-2002)                          PAGE      3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

RALPH E JOHANSEN                          EIN/SSN:
                                                      *

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 87,673.00 | | | |
| | TAXABLE INCOME 80,035.00 | | | |
| | SELF EMPLOYMENT TAX 9,881.00 | | | |
| 04-03-2001 | RETURN FILED & TAX ASSESSED 08221-097-89530-1  200116 | 32,772.00 | | 04-30-2001 |
| | LATE FILING PENALTY 200116 | 7,373.70 | | 04-30-2001 |
| | FAILURE TO PAY TAX PENALTY 200116 | 4,096.50 | | 04-30-2001 |
| | INTEREST ASSESSED 200116 | 7,593.95 | | 04-30-2001 |
| 10-25-2001 | OFFER IN COMPROMISE PENDING | | | |
| 02-01-2002 | OFFER IN COMPROMISE WITHDRAWN | | | |
| 02-12-2002 | RECEIVED POA/TIA | | | |
| 07-15-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-10-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 07-12-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

RALPH E JOHANSEN                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-23-2002 | FEDERAL TAX LIEN | | | |
| 08-29-2002 | OFFER IN COMPROMISE PENDING | | | |
| 11-22-2002 | FEDERAL TAX LIEN | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-30-2001 | Statutory Notice of Balance Due | | | |
| 06-04-2001 | Notice of Balance Due | | | |
| 07-09-2001 | Statutory Notice of Intent to Levy | | | |
| 02-18-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340   (REV. 01-2002)                          PAGE     2

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RALPH E JOHANSEN                              EIN/SSN:
                                                           *


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
-------------------------------------------------------------------------------

BALANCE        51,836.15

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Susan McMahon

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 09/09/2004

FORM 4340  (REV. 01-2002)                              PAGE     3
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RALPH E JOHANSEN                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
                                        ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT        DATE (23C,
                                        (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                    32,231.00

             TAXABLE INCOME
                    22,293.00

             SELF EMPLOYMENT TAX
                     9,769.00

04-03-2001   RETURN FILED & TAX ASSESSED              13,237.00       04-30-2001
             08221-097-89434-1   200116

             ESTIMATED TAX PENALTY                       636.00       04-30-2001
             200116

             LATE FILING PENALTY                       2,978.32       04-30-2001
             200116

             FAILURE TO PAY TAX                          860.40       04-30-2001
             PENALTY
             200116

             INTEREST ASSESSED                         1,574.86       04-30-2001
             200116

10-25-2001   OFFER IN COMPROMISE
             PENDING

02-01-2002   OFFER IN COMPROMISE
             WITHDRAWN

02-12-2002   RECEIVED POA/TIA

07-15-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

07-10-2002   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                PAGE     1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

RALPH E JOHANSEN                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-12-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-23-2002 | FEDERAL TAX LIEN | | | |
| 08-29-2002 | OFFER IN COMPROMISE PENDING | | | |
| 11-22-2002 | FEDERAL TAX LIEN | | | |
| 12-23-2002 | FEES AND COLLECTION COSTS | 10.00 | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 02-23-2004 | FEES AND COLLECTION COSTS | 10.00 | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-30-2001 | Statutory Notice of Balance Due | | | |
| 06-04-2001 | Notice of Balance Due | | | |
| 07-09-2001 | Statutory Notice of Intent to Levy | | | |
| 02-18-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340   (REV. 01-2002)                        PAGE    2

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
RALPH E JOHANSEN                                EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999
-----------------------------------------------------------------------------------

BALANCE         19,306.58

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Susan McMahon

PRINT NAME:   Susan McMahon

TITLE:  Supervisory Investigative Analyst

DELEGATION ORDER: 198/18


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 09/09/2004

FORM 4340   (REV. 01-2002)                              PAGE     3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RALPH JOHANSEN                           EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | RETURN PREPARER TIN: P00046251 | | | |
| | ADJUSTED GROSS INCOME 32,619.00 | | | |
| | TAXABLE INCOME 22,651.00 | | | |
| | SELF EMPLOYMENT TAX 10,090.00 | | | |
| 04-15-2001 | RETURN FILED & TAX ASSESSED 08221-120-08441-1  200120 | | 13,560.00 | 05-28-2001 |
| | ESTIMATED TAX PENALTY 200120 | | 729.00 | 05-28-2001 |
| | FAILURE TO PAY TAX PENALTY 200120 | | 135.60 | 05-28-2001 |
| | INTEREST ASSESSED 200120 | | 128.39 | 05-28-2001 |
| 07-23-2001 | IMMEDIATE TAX RELIEF CREDIT | | 300.00 | |
| | ADDITIONAL TAX ASSESSED 08254-999-05099-1  200128 | | 0.00 | 07-23-2001 |
| | INTEREST ASSESSED 200128 | | 170.43 | 07-23-2001 |
| | FAILURE TO PAY TAX PENALTY 200128 | | 135.60 | 07-23-2001 |
| 10-25-2001 | OFFER IN COMPROMISE PENDING | | | |
| 02-01-2002 | OFFER IN COMPROMISE WITHDRAWN | | | |

FORM 4340  (REV. 01-2002)                PAGE    1

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RALPH JOHANSEN                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT      DATE (23C,
                                     (REVERSAL)      (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
02-12-2002  RECEIVED POA/TIA

07-15-2002  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-10-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

07-12-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

            ADDITIONAL TAX ASSESSED                      0.00       09-02-2002
            BY EXAMINATION
            AUDIT REVIEW
            28247-624-20002-2   200234

09-02-2002  RENUMBERED RETURN
            28247-624-20002-2

08-23-2002  FEDERAL TAX LIEN

08-29-2002  OFFER IN COMPROMISE
            PENDING

11-22-2002  FEDERAL TAX LIEN

FORM 4340  (REV. 01-2002)                    PAGE     2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
RALPH JOHANSEN                               EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  2000

                                          ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS      CREDIT        DATE (23C,
                                          (REVERSAL)        (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
01-30-2004  FEDERAL TAX LIEN

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-28-2001  Statutory Notice of Balance Due

07-02-2001  Notice of Balance Due

07-23-2001  Statutory Notice of Balance Due

02-18-2002  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                         PAGE     3
```

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

RALPH JOHANSEN                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000
-------------------------------------------------------------------------------

BALANCE         14,559.02

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
```

SIGNATURE OF CERTIFYING OFFICER: _/s/ Susan McMahon_

PRINT NAME: Susan McMahon

TITLE: Supervisory Investigative Analyst

DELEGATION ORDER: 198/18


LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 09/09/2004

FORM 4340  (REV. 01-2002)                        PAGE    4