COMMONWEALTH OF MASSACHUSETTS
APPEALS COURT

SUFFOLK DIVISION

A. C. NO. 2001 – P – 1800

RALPH JOHANSEN,
    Plaintiff

VS

MARLENE JOHANSEN
    Defendant

JAN - 7 2002

## STIPULATION OF DISMISSAL OF APPEAL

Pursuant to Mass. R. App. P. 29(b), the parties to the above-captioned appeal hereby stipulate and agree that the appeal shall be dismissed in its entirety without costs or expenses pursuant to the agreement of the parties, copy attached.

GOVERNMENT EXHIBIT 14

Ralph Johansen
By his Attorney,

Phyllis Kolman, Esquire
Benjamin & Benson
43 Thorndike Street
Cambridge, MA 02141
(617) 577-1515

Marlene Johansen,
By her Attorney,

Edward M. Mahlowitz
BBO #314360
385 Concord Avenue
Belmont, MA 02478
(617) 489-0909

Dated: December 31, 2001

Appeals Court
Approved. Appeal is dismissed per the within stipulation with prejudice and without costs per MRAP 29(b).

1/7/02
Attest: Feng M. Hong
Asst. Clerk

By the Court

E6

FILED   JAN 8 2002