## QUITCLAIM DEED

Bk: 37309 Pg: 409
Recorded: 12/09/2002
Document: 00001461 Page: 1 of 2

71 Pleasant Street, Stoneham, Massachusetts

RALPH E. JOHANSEN and MARLENE E. JOHANSEN, husband and wife, as tenants by the entirety, for $1.00 and other nominal consideration, pursuant to a Modification Agreement dated December 24, 2001, Docket No. 98D-4536-DV1) grant to MARLENE E. JOHANSEN, individually, 71 Pleasant Street, Stoneham, Middlesex County, Massachusetts with quitclaim covenants:

The land in Stoneham, Middlesex County, Massachusetts, with the buildings thereon standing, situated on the Westerly side of Pleasant Street, bounded and described as follows:

Being shown as Lot number 1 on a "Plan of Lots in Stoneham, Mass., surveyed for Daniel S. Davis, June 1919, Parker Holbrook, Surveyor", recorded with Middlesex South District Deeds Plan Book 279, Plan 48.

Said granted premises contain 7,886 square feet, more or less, and are bounded:

| | |
|---|---|
| EASTERLY | by said Pleasant Street, 87 feet; |
| SOUTHERLY | by Lot E as shown in Plan Book 282, Plan 16, land formerly of Peffers, 137.23 Feet; |
| WESTERLY | by Pleasant Street Terrace, so-called, 92 feet; and |
| NORTHERLY | slightly Northeasterly, by land now or formerly of Newcomb, being Lot numbered 2 on the first above mentioned Plan, 108.48 feet. |

Being Parcel number 4 as described in deed of Florence A. Pike to Peffers, et al, dated January 5, 1945, recorded with said Deeds in Book 6837, Page 118; this conveyance being subject to water and sewer rights for the benefit of Lots 3 and 4 on said first mentioned Plan, as fully described, Book 4341, Pages 38 and 42, said Registry of Deeds.

For Grantors' title see Deed recorded Book 15494, Page 428 with said Registry.

WITNESS OUR HANDS AND SEALS THIS 4th JANUARY, 2002.

RALPH E. JOHANSEN

MARLENE E. JOHANSEN

GOVERNMENT EXHIBIT 15

COMMONWEALTH OF MASSACHUSETTS

*Suffolk*, ss.

January 4, 2002

Then personally appeared the within named RALPH E. JOHANSEN and acknowledged that he signed the foregoing instrument of his free act and deed for the purposes therein set forth, before me,

Notary Public
My Commission expires:

PATRICIA H. LOCKHART
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 1, 2003

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

January 31, 2002

Then personally appeared the within named MARLENE E. JOHANSEN and acknowledged that she signed the foregoing instrument of her free act and deed for the purposes therein set forth, before me,

Notary Public
My Commission expires: 2-8-2002