2212

Department of the Treasury - Internal Revenue Service

Form 668 (Y)(c)
(Rev. October 2000)

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1 Lien Unit Phone: (617) 316-2575 | Serial Number 40215883 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Bk: 37407 Pg: 522
Recorded: 12/18/2002
Document: 00000765 Page: 1 of 1

Name of Taxpayer  RALPH E JOHANSEN

Residence  71 PLEASANT STREET
STONEHAM, MA 02180

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | | 05/14/2001 | 06/13/2011 | 32866.16 |
| 1040 | 12/31/1996 | | 06/04/2001 | 07/04/2011 | 29435.22 |
| 1040 | 12/31/1997 | | 05/21/2001 | 06/20/2011 | 36820.51 |
| 1040 | 12/31/1998 | | 04/30/2001 | 05/30/2011 | 51836.15 |
| 1040 | 12/31/1999 | | 04/30/2001 | 05/30/2011 | 19286.58 |
| 1040 | 12/31/2000 | | 05/28/2001 | 06/27/2011 | 14559.02 |

GOVERNMENT EXHIBIT 16

| Place of Filing  Registry of Deeds Southern Middlesex County E. Cambridge, MA 02141 | Total $ 184803.64 |
|---|---|

This notice was prepared and signed at Boston, MA , on this,

the 21st day of November, 2002.

| Signature for KELLY DIAZ | Title REVENUE OFFICER (781) 835-4207 | 21-04-3925 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)  Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X