UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE JOHANSEN, <br><br>    Plaintiff, <br>    Counterclaim Defendant, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant, <br>    Counterclaim Plaintiff, <br><br>v. <br><br>NATIONAL CITY MORTGAGE CO., <br>and TIMOTHY BURKE, <br><br>    Counterclaim Defendants. | Case No. 04-11789-RCL |

## UNITED STATES' CERTIFICATION UNDER LOCAL RULE 7.1

I certify that I have spoken with counsel for Marlene Johansen in an attempt to resolve or narrow the issues in the United States' Motion for Summary Judgment. Because the parties disagree as to the law in this case, there was no narrowing of issues.

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

1

1259425.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Certification under Local Rule 7.1 has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 29th day of July, 2005:

Timothy J. Burke
400 Washington Street, Suite 303
Braintree, MA 02184

D. Sean McMahon
Meilman & Costa
70 Wells Avenue, Suite 200
Newton, MA 02459

/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565