UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARLENE JOHANSEN,<br>    Plaintiff,<br>    Counterclaim Defendant<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant,<br>    Counterclaim Plaintiff<br>v.<br><br>NATIONAL CITY MORTGAGE CO.,<br>And TIMOTHY BURKE,<br>    Counterclaim Defendants | Case No. 04-11789-RCL |

### NOTICE OF APPEAL

Notice is hereby given that Ralph Johansen, pursuant to FED. R. APP .P. Rules 3 and 4, hereby appeals to the First Circuit Court of Appeals from this Court's order denying Ralph Johansen's Motion to Intervene as a Plaintiff (Docket #17) entered on July 22, 2005.

                                          Respectfully submitted,

                                          RALPH JOHANSEN,
                                          By his attorney,

                                          */s/ D. Sean McMahon*
                                          D. Sean McMahon, Esq.
                                          BBO #567542
                                          Law Office of Meilman & Costa
                                          70 Wells Avenue, Suite 200
                                          Newton, MA 02459
                                          Phone: (617) 969-9500
                                          Fax: (617) 969-0030

Dated:    August 5, 2005


## CERTIFICATE OF SERVICE

I, D. Sean McMahon, Esq. hereby certify that on August 5, 2005 I served a true copy of the foregoing document upon each attorney of record via first class mail, postage paid to the following:

| | |
|---|---|
| Timothy J. Burke, Esq.<br>Burke & Associates<br>400 Washington Street,<br>Suite 303<br>Braintree, MA  02184 | Stephen J. Turanchik, Esq.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC  20044 |
| Richard A. Oetheimer<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881 | |

_____
D. Sean McMahon, Esq.