**ORIGINAL**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

## Vol. I, Pg. 1-122

| | |
|---|---|
| MARLENE JOHANSON, | ) |
|   Plaintiff/Counterclaim Defendant, | ) |
| | ) |
|     -vs- | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|   Defendant/Counterclaim Plaintiff, | ) |
| | ) |
|     -vs- | ) |
| | ) |
| NATIONAL CITY MORTGAGE CO., | ) |
| and TIMOTHY BURKE, | ) |
|   Counterclaim Defendants | ) |



GOVERNMENT EXHIBIT
19

The **DEPOSITION OF MARLENE E. JOHANSEN**, taken on behalf of the Defendant/Counterclaim Plaintiff, pursuant to the Massachusetts Rules of Civil Procedure before Mary K. Corcoran, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of TIMOTHY J. BURKE & ASSOCIATES, 400 Washington Street, Suite 303, Braintree, MA, on Friday, May 6, 2005, commencing at 10:02 a.m.

### ELLEN M. FRITCH & ASSOCIATES
**373 Silver Street**
**South Boston, MA 02127**
**(617) 269-5448**

2

1                    **A P P E A R A N C E S**

2

3      For the Plaintiff:

4          Timothy J. Burke, Esq.
           TIMOTHY J. BURKE & ASSOCIATES
5          400 Washington Street, Suite 303
           Braintree, MA  02184

6

7      For the Defendant/Counterclaim Plaintiff:

8          Stephen J. Turanchik, Esq.
           UNITED STATES DEPT. Of JUSTICE
9          TAX DIVISION
           P. O. Box 55
10         Ben Franklin Station
           Washington, DC  20044

11

12     For Ralph Johansen:

13         D. Sean McMahon, Esq.
           LAW OFFICE OF MEILMAN & COSTA
14         70 Wells Avenue, Suite 200
           Newton, MA  02459

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF MARLENE E. JOHANSEN



85

1    agreement on that, and I was not in agreement on the

2    -- oh, on the, where does it say there's -- I think

3    it --

4        Q.    If there's something that strikes in your

5    mind, I might be able to help you.

6        A.    Let me just grab a pair of glasses.    I

7    have contacts, but I have trouble with fluorescent

8    light on white paper, so.

9        Q.    And I have trouble with contacts, so I

10    understand.

11        A.    So, every now and then things go wavy on

12    me.

13            MR. TURANCHIK:    Off the record while

14    we review?

15            MR. BURKE:    Yes.

16            (Short break taken.)

17        Q.    Mrs. Johansen, before we had taken a

18    break, we were taking a look at Exhibit Number 3,

19    and the last two pages are the agreement that was

20    entered into between you and your husband or between

21    your Counsel and his Counsel on your behalf.    You

22    had said you had two --

23        A.    Well, there were a couple of things.

24        Q.    A couple of concerns, have you had an



DEPOSITION OF MARLENE E. JOHANSEN



86

1    opportunity to review the agreement?

2         A.    Yes.

3         Q.    And what were those concerns that you had?

4         A.    The first one was the four hundred

5    dollars, and the other one was me having to give up,

6    what does it say here.  Hold on a second.

7         Q.    Which paragraph number?

8         A.    Oh, 5.

9         Q.    And what was your problem with

10   Paragraph 5?

11        A.    That I had to waive all claims to that.  I

12   did not feel that was accurate.  I did not want to

13   agree to that.  And the other thing that I had

14   brought up, and I don't see it written in here, was

15   health insurance, because I had wanted some

16   different wording in the paragraph of the old

17   reworded, and it was not put in here.

18        Q.    Just to clarify, by the old you mean the

19   Judgment of Divorce Nisi?

20        A.    Right, Exhibit 2.

21        Q.    What was your issue with the four hundred

22   dollars?

23        A.    I had wanted it to go back to the original

24   515, and that's what, before we went to court, I had



DEPOSITION OF MARLENE E. JOHANSEN



1    said what I wanted, and that plus I didn't want to

2    give up the pension, and I wanted my insurance

3    situation straightened out.

4        Q.   And why did you eventually agree to those

5    terms you didn't like?

6        A.   We went back and forth, back and forth.

7    We were there all day, and my attorney said this is

8    the best you're going to get.  You have to sign it,

9    and I'm still balking, I don't want to sign it.

10        And actually, I was leaving to go visit my

11    daughter who lives in Arizona.  He said, hey, we can

12    come back tomorrow.  He knew -- they all knew I was

13    leaving the next day to go to Arizona.  I felt I was

14    pressured, and I did not want to sign it.  I felt

15    pressured.

16        Q.   Do you feel like you signed it under

17    duress?

18                MR. BURKE:   Objection.

19        A.   I don't know if it's a hundred percent

20    duress, but it was like take what you have.  It's

21    better than nothing.

22        Q.   Wasn't that the same deal that your first

23    lawyer offered to you?

24        A.   Yeah, it's better than nothing, but it's



DEPOSITION OF MARLENE E. JOHANSEN