**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARLENE JOHANSEN,<br>　　Plaintiff,<br>　　Counterclaim Defendant<br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant,<br>　　Counterclaim Plaintiff<br>v.<br><br>NATIONAL CITY MORTGAGE CO.,<br>And TIMOTHY BURKE,<br>　　Counterclaim Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 04-11789-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RALPH JOHANSEN'S CERTIFICATION
## PURSUANT TO F.R.A.P. 10(b)

Ralph Johansen hereby certifies pursuant to FED. R. APP. P. Rule 10(b) that no transcript will be ordered in regard to his appeal of this Court's denial of his Motion to Intervene.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　RALPH JOHANSEN,
　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　_____
　　　　　　　　　　　　D. Sean McMahon, Esq.
　　　　　　　　　　　　BBO #567542
　　　　　　　　　　　　Law Office of Meilman & Costa
　　　　　　　　　　　　70 Wells Avenue, Suite 200
　　　　　　　　　　　　Newton, MA 02459
　　　　　　　　　　　　Phone: (617) 969-9500
　　　　　　　　　　　　Fax: (617) 969-0030

Dated:　　August 9, 2005

1

## CERTIFICATE OF SERVICE

I, D. Sean McMahon, Esq. hereby certify that on August 9, 2005 I served a true copy of the foregoing document upon each attorney of record via first class mail, postage paid to the following:

| | |
|---|---|
| Timothy J. Burke, Esq.<br>Burke & Associates<br>400 Washington Street,<br>Suite 303<br>Braintree, MA  02184 | Stephen J. Turanchik, Esq.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC  20044 |
| Richard A. Oetheimer<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881 | |

D. Sean McMahon, Esq.

2