## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

MARLENE JOHANSEN
    Plaintiff

v.

UNITED STATES OF AMERICA        Civil Action No. 04-11789-RCL
    Defendant

v.

NATIONAL CITY MORTGAGE CO.,
And TIMOTHY BURKE,
    Counterclaim Defendants

### PLAINTIFF'S OPPOSITION TO MOTION FOR STAY

Now Comes the Plaintiff, Marlene Johansen ("Ms. Johansen") and respectfully requests that this honorable Court deny Ralph Johansen's ("Mr. Johansen") request for a stay of the proceedings in this case pending his appeal of this Court's Order dated July 22, 2005 denying his Motion to Intervene.

The Motion for Stay Pending Appeal should be denied because Mr. Johansen does not demonstrate any interest relating to the property or transaction which is the subject of the action that is not already adequately represented by the existing parties. Thus, Mr. Johansen will not suffer irreparable harm absent a Stay.  A Stay would only serve to injure the interested parties to the adjudication of the proceeding.

In further support of this Motion, Ms. Johansen relies on her Memorandum of Law in Support of her Opposition to Ralph Johansen's Motion for Stay Pending Appeal.

                                        Marlene Johansen,
                                        By her attorney,


                                        /s/ Timothy J. Burke
                                        Timothy J. Burke
                                        BBO# 543837
                                        Burke & Associates
                                        400 Washington Street
                                        Braintree, MA 02184
Dated: August 19, 2005                  (781) 380-0770


                        **CERTIFICATE OF SERVICE**

     I hereby certify that on August 19, 2005 I served a true
copy of the above document upon each attorney of record via first
class mail, postage prepaid to:

Steven Turanchik, Esq.              D. Sean McMahon, Esq.
U.S. Department of Justice          Law Offices of Meilman &
Tax Division                        Costa, P.C.
PO Box 55                           70 Wells Ave., Suite 200
Ben Franklin Station                Newton, MA 02459
Washington, DC 20044

Richard A. Oetheimer
Goodwin Proctor, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881               /s/ Timothy J. Burke