**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-2225

### RALPH JOHANSEN

Movant - Appellant

### MARLENE JOHANSEN

Plaintiff - / Counterclaim - Defendant

v.

### UNITED STATES

Defendant / Counterclaim - Plaintiff - Appellee

### TIMOTHY BURKE; NATIONAL CITY MORTGAGE CO.

Counterclaim Defendants

---

**JUDGMENT**
**Entered: August 25, 2005**

Upon consideration of appellant's assented to motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

**Richard Cushing Donovan, Clerk**

By:_____

**Deputy Clerk**

Operations Manager

**Date:**

[cc: David Sean McMahon, Esq., Timothy J. Burke, Esq., James H. Everett, Esq., Melissa L. Halbig, Esq., Stephen Turanchik, Esq., David M. Rosen, Esq. and Richard Oetheimer, Esq.]