UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARLENE JOHANSEN, | ) |
| | ) |
| Plaintiff, | ) |
| Counterclaim Defendant, | ) |
| | )   Case No. 04-11789-RCL |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant, | ) |
| Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NATIONAL CITY MORTGAGE CO., | ) |
| and TIMOTHY BURKE, | ) |
| | ) |
| Counterclaim Defendants. | ) |

<u>UNITED STATES' CERTIFICATION UNDER LOCAL RULE 7.1</u>

The United States of America, through undersigned counsel, certifies that the parties have conferred pursuant to Local Rule 7.1 regarding the United States' Motion to Dismiss for Mootness. The parties have been unable to narrow the issues for this motion.

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

1

1356278.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Certification under Local Rule 7.1 has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 20th day of September, 2005:

Timothy J. Burke
400 Washington Street, Suite 303
Braintree, MA 02184

D. Sean McMahon
Meilman & Costa
70 Wells Avenue, Suite 200
Newton, MA 02459

/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565