UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARLENE JOHANSEN

Plaintiff and Counterclaim
Defendant

v.                                          Civil Action No. 04-11789-RCL

UNITED STATES OF AMERICA

Defendant and Counterclaim
Plaintiff

v.

TIMOTHY BURKE

Counterclaim Defendant

**PLAINTIFF'S OPPOSITION TO THE UNITED STATES' MOTION
TO DISMISS FOR MOOTNESS**

The Plaintiff, Marlene Johansen ("Ms. Johansen") opposes the United States' Motion to Dismiss for Mootness on the grounds that the matter is not moot as to Ms. Johansen's legal interest in the outcome of this litigation.

In support of this opposition, the Plaintiff refers to her Complaint and the attached Memorandum of Law.

WHEREFORE, the Plaintiff requests that the Court:

1. Deny the Defendant's Motion;

2. Schedule a hearing on this Motion:

3. Award reasonable attorney's fees and costs;  and

4. Grant such further relief as deemed necessary by the Court.

```
                                        Marlene Johansen
                                        by her attorney

                                        /s/ Timothy J. Burke
                                        Timothy J. Burke
                                        BBO# 543837
                                        400 Washington Street
                                        Braintree, MA   02184
Dated: October 4, 2005                  (781) 380-0770
```

## Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail, postage prepaid on October 4, 2005 to the following counsel of record:

```
    Stephen Turanchik
    Trial Attorney, Tax Division
    Department of Justice
    P.O. Box 55
    Ben Franklin Station
    Washington, D.C.   20044


                                        /s/ Timothy J. Burke
                                        Timothy J. Burke
```