

U.S. Department of Justice

Tax Division

Section Tel. Nº (202) 307-6533
Section Fax Nº (202) 514-5238
Trial Attorney: Gerald C. Miller
Direct Line: (202) 307-6490

Please reply to: Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044-0055

EJO'C:DPM:GCMiller
5-36-10109
CMN: 2004106877

February 9, 2006

**Via Facsimile Transmission to (617) 748-9231**

Hon. Robert B. Collings
United States Magistrate Judge
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re: Johansen, et al. v. United States v. Burke, et al.
        Civil Action No. 04-11789-RCL    (USDC Mass.)

Dear Judge Collings:

    Enclosed are copies of documents received this day from the Internal Revenue Service, documenting the withdrawal, on February 8, 2006, of three notices of federal tax lien filed with the Clerk of the United States District Court and in the Registry of Deeds for Middlesex County (Southern), Massachusetts. The notices of lien each refer to the federal income tax liabilities of Ralph Johansen for the taxable years ending December 31, 1995 through December 31, 2000, inclusive.

    Mr. Turanchik will be out of the office for two weeks. If you should have any questions, please contact Gerald C. Miller, of this office.

                                        Sincerely yours,

                                        EILEEN J. O'CONNOR
                                      Assistant Attorney General
                                      Tax Division

                        By: *D. Patrick Mullarkey*

                                      D. PATRICK MULLARKEY
                                      Chief, Civil Trial Section,
                                      Northern Region

Enclosures

- 2 -

cc:  David Sean McMahon (sean@mcmahontaxlaw.com)

Timothy J. Burke (tim@burkelaw.us)

James H Everett (jeverett@burkelaw.us)

Melissa L. Halbig (mhalbig@burkelaw.us)

David M. Rosen (Drosen@harmonlaw.com)

Michelle C. Davenport (mdavenport@harmonlaw.com)

Richard A. Oetheimer (roetheimer@goodwinprocter.com)

1541263.1

02/10/2006 13:02 FAX 202 514 9649    US DEPT OF JUSTICE, TAX     ☑004/006
02/09/2006 09:51 FAX 6173162606     IRS TECH SUPPORT     ☑003

Case 1:04-cv-11789-RCL     Document 73     Filed 02/14/2006     Page 3 of 5

```
10712                                                    COURT RECORDING DATA
```

| INTERNAL REVENUE SERVICE<br>FACSIMILE WITHDRAWAL of TAX LIEN | Lien Recorded    : 08/20/2002 - 08:30A<br>Recording Number: 02645JOH2452507<br>UCC Number      : IRS040211754<br>Liber           :<br>Page            :<br>*Lien Withdrawn*: 02/08/2006 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #1<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number:  40211754 |

I certify that as to the following-named taxpayer, the requirements of section 6323(j) of the Internal Revenue Code have been satisfied for the taxes listed below and for all statutory additions. Therefore, the Internal Revenue Service has withdrawn the lien provided by Code section 6321 for these taxes and additions. The proper officer in the office where the notice of internal revenue tax lien was filed is authorized to note the books to show the withdrawal of this lien for these taxes and additions.

Name of Taxpayer :
    RALPH E JOHANSEN

Residence :
    113 SAINT BOTOLPH STREET
    BOSTON, MA 02115

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 05/14/2001 | 06/13/2011 | 32866.16 |
| 1040 | 12/31/1996 | 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 | 06/04/2001 | 07/04/2011 | 29435.22 |
| 1040 | 12/31/1997 | 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 | 05/21/2001 | 06/20/2011 | 36820.51 |
| 1040 | 12/31/1998 | 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 | 04/30/2001 | 05/30/2011 | 51836.15 |
| 1040 | 12/31/1999 | 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 | 04/30/2001 | 05/30/2011 | 19286.58 |
| 1040 | 12/31/2000 | 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 | 05/28/2001 | 06/27/2011 | 14559.02 |

| Filed at:    U.S. District Court<br>             USDC ELECTRONIC<br>             Boston, MA 02109 | Total | $    184803.64 |
|---|---|---|

This notice was prepared and executed at MANHATTAN, NY on this, the 08th day of February, 2006.

Authorizing Official:
    Dir, Pay Comp

```
10712                                          COURT RECORDING DATA
-------------------------------------------+----------------------------------------
    INTERNAL REVENUE SERVICE               | Lien Recorded     : 12/18/2002 - 11:26A
    FACSIMILE WITHDRAWAL of TAX LIEN       | Recording Number  : 765
                                           | UCC Number        :
                                           | Liber             : 37407
                                           | Page              : 522
                                           | *Lien Withdrawn*  : 02/08/2006
-------------------------------------------+----------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1      | IRS Serial Number: 40215883
Lien Unit Phone: (800) 913-6050            |
-------------------------------------------+----------------------------------------
```

I certify that as to the following-named taxpayer, the requirements of section 6323(j) of the Internal Revenue Code have been satisfied for the taxes listed below and for all statutory additions. Therefore, the Internal Revenue Service has withdrawn the lien provided by Code section 6321 for these taxes and additions. The proper officer in the office where the notice of internal revenue tax lien was filed is authorized to note the books to show the withdrawal of this lien for these taxes and additions.

Name of Taxpayer :
    RALPH E JOHANSEN

Residence :
    71 PLEASANT STREET
    STONEHAM, MA 02180

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 05/14/2001 | 06/13/2011 | 32866.16 |
| 1040 | 12/31/1996 | 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 | 06/04/2001 | 07/04/2011 | 29435.22 |
| 1040 | 12/31/1997 | 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 | 05/21/2001 | 06/20/2011 | 36820.51 |
| 1040 | 12/31/1998 | 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 | 04/30/2001 | 05/30/2011 | 51836.15 |
| 1040 | 12/31/1999 | 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 | 04/30/2001 | 05/30/2011 | 19286.58 |
| 1040 | 12/31/2000 | 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 | 05/28/2001 | 06/27/2011 | 14559.02 |

Filed at:   Registry of Deeds
            Southern Middlesex County                Total   $   184803.64
            E. Cambridge, MA 02141

This notice was prepared and executed at MANHATTAN, NY
on this, the 08th day of February, 2006.

Authorizing Official:
    Dir, Pay Comp

```
10712                                                    COURT RECORDING DATA
-----------------------------------------------+------------------------------------
     INTERNAL REVENUE SERVICE                  | Lien Recorded     : 01/31/2004 - 09:42A
     FACSIMILE WITHDRAWAL of TAX LIEN          | Recording Number: 22728
                                               | UCC Number       :
                                               | Liber            : 41923
                                               | Page             : 104
                                               | *Lien Withdrawn* : 02/08/2006
-----------------------------------------------+------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1          | IRS Serial Number: 153799904
Lien Unit Phone: (800) 913-6050                |
-----------------------------------------------+------------------------------------
     I certify that as to the following-named taxpayer, the requirements of
section 6323(j) of the Internal Revenue Code have been satisfied for the taxes
listed below and for all statutory additions. Therefore, the Internal Revenue
Service has withdrawn the lien provided by Code section 6321 for these taxes
and additions. The proper officer in the office where the notice of internal
revenue tax lien was filed is authorized to note the books to show the
withdrawal of this lien for these taxes and additions.
------------------------------------------------------------------------------------
Name of Taxpayer :
   MARLENE E JOHANSEN AS NOMINEE OF
      RALPH E JOHANSEN


------------------------------------------------------------------------------------
Residence :
   71 PLEASANT STREET
   STONEHAM, MA 02180
```

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 05/14/2001 | 06/13/2011 | 32866.16 |
| 1040 | 12/31/1996 | 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 | 06/04/2001 | 07/04/2011 | 29435.22 |
| 1040 | 12/31/1997 | 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 | 05/21/2001 | 06/20/2011 | 36820.51 |
| 1040 | 12/31/1998 | 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 | 04/30/2001 | 05/30/2011 | 51836.15 |
| 1040 | 12/31/1999 | 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 | 04/30/2001 | 05/30/2011 | 19286.58 |
| 1040 | 12/31/2000 | 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 | 05/28/2001 | 06/27/2011 | 14559.02 |

```
------------------------------------------------------------------------------------
Filed at:  Registry of Deeds
           Southern Middlesex County                     Total  $    184803.64
           E. Cambridge, MA 02141
------------------------------------------------------------------------------------
This notice was prepared and executed at MANHATTAN, NY
on this, the 08th day of February, 2006.
------------------------------------------------------------------------------------
Authorizing Official:
     Dir, Pay Comp
------------------------------------------------------------------------------------
```