UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARLENE JOHANSEN**

**V.**                                                    **CIVIL ACTION NO. 04-11789-RCL**

**UNITED STATES**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of March 6, 2006 adopting the Report and Recommendation of Magistrate Judge Collings granting the motion to dismiss of the defendant United States, Judgment is hereby entered as follows: Judgment for the defendant, United States dismissing this action.

March 7, 2006                                    /s/ Lisa M. Hourihan
                                                 Deputy Clerk