UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**MARLENE JOHANSEN**

**Plaintiff and Counterclaim Defendant**

**v.**

**UNITED STATES OF AMERICA**

**Defendant and Counterclaim Plaintiff**

**v.**

**TIMOTHY BURKE**

**Counterclaim Defendant**

---

Civil Action No. 04-11789-RCL

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff and Counterclaim Defendant, Marlene Johansen, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgement of the Court dated March 7, 2006.

Marlene Johansen
by her attorney

/s/ Timothy J. Burke
Timothy J. Burke
BBO# 543837
400 Washington Street
Braintree, MA   02184
Dated: May 4, 2006             (781) 380-0770

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail, postage prepaid on May 4, 2006 to the following counsel of record:

Stephen Turanchik  
Trial Attorney, Tax Division  
Department of Justice  
P.O. Box 55  
Ben Franklin Station  
Washington, D.C.  20044

Sean McMahon  
Meilman & Costa  
70 Wells Avenue  
Suite 200  
Newton, MA  02459

Richard Oetheimer  
Goodwin & Proctor  
Exchange Place  
Boston, MA  02109

             /s/ Timothy J. Burke  
             Timothy J. Burke